AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Brett, Dean R. | **2. Court or Organization**<br><br>U.S. District Court, W.D., WA | **3. Date of Report**<br><br>10/18/2012 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Part-time Magistrate Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |
| **7. Chambers or Office Address**<br><br>Dean R. Brett<br>1310 10th St, Suite 104<br>Bellingham, WA 98225 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Alumina Micro, LLC/Investor Ptr |
| 2. | Board Member | Bellingham-Whatcom Public Facilities District, Board of Directors |
| 3. | Partner | Brett Murphy Coats Knapp McCandlis & Brown, PLLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2005 | Federal Retirement System, FSAHB |
| 2. | 2006 | Brett & Coats 401K Retirement Plan (see Pt VII, Line 1) |
| 3. | 2011 | Brett Murphy 401K Retirement Plan |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Alumina Micro, LLC Net Partnership Profits | $0.00 |
| 2. | 2011 | Brett & Coats, PLLC,/Ptrship Profits | $290,829.00 |
| 3. | 2011 | Brett, Murphy, Coats, Knapp, McCandlis and Brown, PLLC | $8,635.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Loan Proceeds | Gift/forgive loan payment from daughter | $26,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brett & Coats PLLC 401K 100% in Northern Funds Stock Index | E | Int./Div. | O | T | | | | | |
| 2. 1/6th Interest in ▢ Bellevue, WA King | E | Rent | O | W | | | | | |
| 3. US Bank via Trust UA ▢ | A | Int./Div. | J | T | | | | | |
| 4. Brokerage Acct #1 (.408% ownership) Next 58 Items | | | | | | | | | |
| 5. Cnooc LTD-ADR | A | Int./Div. | | | Sold | 07/29/11 | J | A | |
| 6. Royal Dutch Shell ADR | A | Int./Div. | J | T | | | | | |
| 7. Barrick Gold Corp | A | Int./Div. | | | Sold | 01/18/11 | J | A | |
| 8. PPG Industries | A | Int./Div. | J | T | | | | | |
| 9. CNH Global | A | Int./Div. | | | Sold | 07/07/11 | J | A | |
| 10. CSX Corp | A | Int./Div. | | | Sold | 08/03/11 | J | A | |
| 11. Cummins Inc | A | Int./Div. | J | T | | | | | |
| 12. Kansas City Southern | A | Int./Div. | J | T | | | | | |
| 13. Smith, AO Corp | A | Int./Div. | | | Sold | 01/05/11 | J | A | |
| 14. Timken | A | Int./Div. | | | Sold | 08/05/11 | J | A | |
| 15. Wabco Holdings | A | Int./Div. | J | T | | | | | |
| 16. Borg-Warner | A | Int./Div. | J | T | | | | | |
| 17. Hasbro Inc | A | Int./Div. | | | Sold | 01/18/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Altera Corp | A | Int./Div. | J | T | | | | | |
| 19. Arrow Electronics | A | Int./Div. | | | Sold | 08/05/11 | J | A | |
| 20. Coherent Inc | A | Int./Div. | J | T | | | | | |
| 21. Novellus Sys Inc | A | Int./Div. | J | T | | | | | |
| 22. Companhis De Saneamento | A | Int./Div. | J | T | | | | | |
| 23. Consolidated Edison | A | Int./Div. | | | Sold | 04/05/11 | J | A | |
| 24. Fed Mid-Cap Fds | A | Int./Div. | | | Sold | 08/03/11 | J | A | |
| 25. Vanguard Gro Index | A | Int./Div. | J | T | | | | | |
| 26. Vanguard Value Index | A | Int./Div. | J | T | | | | | |
| 27. Teva Pharmaceutical Ind Ltd | A | Int./Div. | J | T | | | | | |
| 28. Aflac Inc | A | Int./Div. | | | Sold | 02/28/11 | J | A | |
| 29. Dollar Tree | A | Int./Div. | J | T | | | | | |
| 30. Eaton Vance Str Emg Mkt | | None | | | Sold | 10/07/11 | J | A | |
| 31. Federated MidCap Fd | | None | | | Sold | 08/03/11 | J | A | |
| 32. Google | | None | | | Sold | 04/15/11 | J | A | |
| 33. Lubrizol | A | Int./Div. | | | Sold | 03/14/11 | J | A | |
| 34. Smuckers | A | Int./Div. | | | Sold | 01/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Compania Minas Buenvntr | A | Int./Div. | | | Sold | 05/13/11 | J | A | |
| 36. Apple Computer | A | Int./Div. | J | T | | | | | |
| 37. Pimco Commodity Real Return Fund | A | Int./Div. | | | Sold | 12/29/11 | J | A | |
| 38. Jo-Ann Stores Inc | A | Int./Div. | | | Sold | 01/06/11 | J | A | |
| 39. Ross Stores | A | Int./Div. | | | Sold | 01/05/11 | J | A | |
| 40. Tractor Supply Co | A | Int./Div. | J | T | | | | | |
| 41. HJ Heinz Co | A | Int./Div. | | | Sold | 01/05/11 | J | A | |
| 42. Banco Santander Chile | A | Int./Div. | J | T | | | | | |
| 43. Creditcorp Ltd | A | Int./Div. | | | Sold | 02/28/11 | J | A | |
| 44. Delphi Financial Grp | A | Int./Div. | | | Sold | 05/13/11 | J | A | |
| 45. Consolidated Edison | A | Int./Div. | | | Sold | 04/05/11 | J | A | |
| 46. Oil State Intl | A | Int./Div. | J | T | Buy | 12/23/11 | J | | |
| 47. Stone Energy | A | Int./Div. | J | T | Buy | 11/17/11 | J | | |
| 48. CF Holdings | A | Int./Div. | J | T | Buy | 11/18/11 | J | | |
| 49. Kirby Corp | A | Int./Div. | J | T | Buy | 12/23/11 | J | | |
| 50. Lincoln Elec Holdings | A | Int./Div. | J | T | Buy | 05/11/11 | J | | |
| 51. Harman Intl Inds Inc | A | Int./Div. | J | T | Buy | 12/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Limited Brands | A | Int./Div. | J | T | Buy | 01/10/11 | J | | |
| 53. Corn Products Inc | A | Int./Div. | J | T | Buy | 01/10/11 | J | | |
| 54. Eliz Arden | A | Int./Div. | J | T | Buy | 01/11/11 | J | | |
| 55. Wellcare Health Plans | A | Int./Div. | J | T | Buy | 11/17/11 | J | | |
| 56. Columbia Banking Sys | A | Int./Div. | J | T | Buy | 12/23/11 | J | | |
| 57. Discover Financial Svcs | A | Int./Div. | J | T | Buy | 11/18/11 | J | | |
| 58. Intercontinental Exchg | A | Int./Div. | J | T | Buy | 12/30/11 | J | | |
| 59. Rayonier Inc REIT | A | Int./Div. | J | T | Buy | 12/30/11 | J | | |
| 60. Columbia Mid Cap Fd | A | Int./Div. | J | T | Buy | 09/28/11 | J | | |
| 61. Vanguard Sm Cap Index | A | Int./Div. | J | T | Buy | 12/06/11 | J | | |
| 62. Schwab Advisor Cash Reserves Sweep Shares | A | Int./Div. | J | T | | | | | |
| 63. .05175% Interest in Alumina Micro LLC | | None | J | W | | | | | |
| 64. IRA @ Merrill Lynch next 8 items | | | | | | | | | |
| 65. Frontier Communications | A | Int./Div. | J | T | Buy | 06/30/11 | J | | |
| 66. ML Ret. Reserves CL 1 | A | Int./Div. | J | T | | | | | |
| 67. Clorox | A | Int./Div. | J | T | | | | | |
| 68. Colonial Prop. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. GE | A | Int./Div. | J | T | | | | | |
| 70. Healthcare Inc | A | Int./Div. | J | T | | | | | |
| 71. Hersheys | A | Int./Div. | J | T | | | | | |
| 72. Verizon | A | Int./Div. | J | T | | | | | |
| 73. Lumen IQ Common | | None | J | T | | | | | |
| 74. 1/4 Remainder interest in ▮▮▮▮ trust/11 items: | | | | | | | | | |
| 75. Columbia Cash Reserves Tr (now Bank of Am MM) | A | Int./Div. | J | T | | | | | |
| 76. Columbia Sm Cap Growth Fd | | None | J | T | | | | | |
| 77. Columbia Int. Core Bond Fund | A | Int./Div. | J | T | | | | | |
| 78. Columbia Marisco Mid Cap Gro Fund | | None | J | T | | | | | |
| 79. Columbia Lrg Cap Core Fund | A | Int./Div. | J | T | | | | | |
| 80. Columbia Lrg Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 81. Columbia Sm Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 82. Columbia Mid Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 83. Columbia Marisco Gro Fund | | None | J | T | | | | | |
| 84. Real Estate Wenatchee, WA | | None | K | W | | | | | |
| 85. Real Estate acreage Douglas Co, Badger Mtn, WA | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Lifetime Trust next 70 items | | | | | | | | | |
| 87. Becton Dickinson & Co | A | Int./Div. | J | T | | | | | |
| 88. Expeditors Intl Wash | A | Int./Div. | J | T | | | | | |
| 89. HJ Heinz Co | A | Int./Div. | J | T | | | | | |
| 90. ISHARES MSCI CDA IDX FD Et Al | A | Int./Div. | J | T | | | | | |
| 91. S A P AF ADR | A | Int./Div. | J | T | | | | | |
| 92. SECTOR SPDR MATERIALS FD | A | Int./Div. | J | T | | | | | |
| 93. SNAP ON INC | A | Int./Div. | J | T | | | | | |
| 94. Clackamas Cnty Bond | A | Int./Div. | | | Matured | 06/30/11 | J | | |
| 95. Douglas Cnty Bond | A | Int./Div. | | | Matured | 06/30/11 | J | | |
| 96. Hood River Bond | A | Int./Div. | | | Matured | 06/30/11 | J | | |
| 97. Kitsap Cnty Bond | A | Int./Div. | J | T | | | | | |
| 98. Chelan Co Bonds #1 | A | Int./Div. | | | Matured | 06/30/11 | J | | |
| 99. Washington State Bonds | A | Int./Div. | | | Sold | 07/12/11 | J | A | |
| 100. Walt Disney | A | Int./Div. | J | T | | | | | |
| 101. Wells Fargo | A | Int./Div. | J | T | Buy | 02/24/11 | J | | |
| 102. Blackrock Inc | A | Int./Div. | J | T | Buy | 07/29/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Daktronics | A | Int./Div. | J | T | Buy | 02/22/11 | J | | |
| 104.  Waste Mgmt | A | Int./Div. | J | T | Buy | 08/02/11 | J | | |
| 105.  RBC Bearing | A | Int./Div. | J | T | | | | | |
| 106.  Chas. Schwab Muni Money Fund | B | Int./Div. | L | T | | | | | |
| 107.  Schwab Sm Cap Index Fd | A | Int./Div. | J | T | | | | | |
| 108.  Berkshire Hathaway CL B | A | Int./Div. | J | T | | | | | |
| 109.  Coca Cola | A | Int./Div. | J | T | | | | | |
| 110.  Abbott Labs | A | Int./Div. | J | T | | | | | |
| 111.  Conoco Phillips | A | Int./Div. | J | T | | | | | |
| 112.  Costco Whsle Corp | | None | J | T | | | | | |
| 113.  Cenovus Energy Inc | A | Int./Div. | J | T | | | | | |
| 114.  Emerson Elec | A | Int./Div. | J | T | | | | | |
| 115.  GE | A | Int./Div. | J | T | | | | | |
| 116.  Hewlett Packard | A | Int./Div. | J | T | | | | | |
| 117.  Johnson & Johnson | A | Int./Div. | J | T | | | | | |
| 118.  Kimberly-Clark | A | Int./Div. | J | T | | | | | |
| 119.  Microsoft | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Paccar | A | Int./Div. | J | T | | | | | |
| 121. Pepsico | A | Int./Div. | J | T | | | | | |
| 122. Proctor & Gamble | A | Int./Div. | J | T | | | | | |
| 123. Royal Dutch Shell ADR | A | Int./Div. | J | T | | | | | |
| 124. Schlumberger LTD | A | Int./Div. | J | T | | | | | |
| 125. ABB Ltd ADR | A | Int./Div. | J | T | Buy | 08/04/11 | J | | |
| 126. UPS | A | Int./Div. | J | T | | | | | |
| 127. Walgreen Co. | A | Int./Div. | J | T | | | | | |
| 128. Washington Federal Inc | A | Int./Div. | J | T | | | | | |
| 129. Scwab Int'l Index Fund | A | Int./Div. | J | T | | | | | |
| 130. Canon | A | Int./Div. | J | T | | | | | |
| 131. Cisco | A | Int./Div. | J | T | | | | | |
| 132. EMC COrp | A | Int./Div. | J | T | | | | | |
| 133. Exxon-Mobil | A | Int./Div. | J | T | | | | | |
| 134. GlaxoSmithKline | A | Int./Div. | J | T | | | | | |
| 135. Intel | A | Int./Div. | J | T | | | | | |
| 136. Novo Nordisk | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Stryker | A | Int./Div. | J | T | | | | | |
| 138. Tootsie Roll Indust. | A | Int./Div. | | | Sold | 01/06/11 | J | A | |
| 139. 3M | A | Int./Div. | J | T | | | | | |
| 140. ISHARES Switzerland Index Fund | A | Int./Div. | J | T | | | | | |
| 141. Astrazeneca PLC ADR | A | Int./Div. | J | T | | | | | |
| 142. Harris Corp | A | Int./Div. | J | T | Buy | 07/01/11 | J | | |
| 143. Chevron | A | Int./Div. | J | T | Buy | 11/23/11 | J | | |
| 144. Clark County Bond | A | Int./Div. | J | T | Buy | 12/01/11 | J | | |
| 145. Cons Edison | A | Int./Div. | J | T | | | | | |
| 146. Auto Data Processing | A | Int./Div. | J | T | | | | | |
| 147. United Tech | A | Int./Div. | J | T | | | | | |
| 148. Starbucks | A | Int./Div. | J | T | | | | | |
| 149. Encana Corp | A | Int./Div. | J | T | | | | | |
| 150. The Southern Co | A | Int./Div. | J | T | | | | | |
| 151. Total SA ADR F | A | Int./Div. | J | T | | | | | |
| 152. Medtronic | A | Int./Div. | J | T | | | | | |
| 153. Occidental Pete | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Air Prod. & Chem. Inc | A | Int./Div. | J | T | | | | | |
| 155. Allergan Inc | A | Int./Div. | J | T | | | | | |
| 156. BP PLC ADR F | A | Int./Div. | J | T | | | | | |
| 157. Brokerage Acct#2, next 20 items | | | | | | | | | |
| 158. Cubesmart | A | Int./Div. | J | T | Buy | 10/21/11 | J | | |
| 159. Kimberly Clark | A | Int./Div. | J | T | Buy | 01/04/11 | J | | |
| 160. Astrazeneca PLC | A | Int./Div. | J | T | | | | | |
| 161. Automatic Data Proc | A | Int./Div. | J | T | | | | | |
| 162. Bank of Am | A | Int./Div. | J | T | | | | | |
| 163. Pacific Corp | A | Int./Div. | J | T | | | | | |
| 164. Bellsouth/AT&T | B | Int./Div. | L | T | | | | | |
| 165. Merrill Lynch Bank USA | B | Int./Div. | M | T | | | | | |
| 166. Citigroup Inc | C | Int./Div. | L | T | | | | | |
| 167. Coca Cola | A | Int./Div. | K | T | | | | | |
| 168. GE | B | Int./Div. | K | T | | | | | |
| 169. Johnson & Johnson | B | Int./Div. | L | T | | | | | |
| 170. Microsoft | B | Int./Div. | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Schlumberger LTD | A | Int./Div. | L | T | | | | | |
| 172. Vodaphone Gr PLC | A | Int./Div. | K | T | | | | | |
| 173. HCP | A | Int./Div. | J | T | | | | | |
| 174. Realty Incm Fund | A | Int./Div. | J | T | | | | | |
| 175. Seaspan | A | Int./Div. | J | T | | | | | |
| 176. U-Store It | A | Int./Div. | J | T | | | | | |
| 177. Wells Fargo | A | Int./Div. | J | T | | | | | |
| 178. IRA @ Merrill Lynch next 4 items: | | | | | | | | | |
| 179. BP PLC | A | Int./Div. | J | T | | | | | |
| 180. Apple Inc | A | Int./Div. | J | T | | | | | |
| 181. ML Bank USA RASP | A | Int./Div. | J | T | | | | | |
| 182. ML Retirement Reserves | A | Int./Div. | J | T | | | | | |
| 183. Washington Trust Bank | D | Int./Div. | M | T | | | | | |
| 184. 100% Interest in fixed assets of Brett, Murphy et al | | None | K | W | | | | | |
| 185. Peoples Bank MM Acct | B | Int./Div. | M | T | | | | | |
| 186. Peoples Bank 4 Accounts | A | Int./Div. | L | T | | | | | |
| 187. Business Condo _____, Wa Whatcom County | E | Rent | M | W | Buy (add'l) | 06/01/11 | M | | William Coats |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Installment Note ▨ Brett | A | Interest | L | T | | | | | |
| 189. Vanguard Fds S&P 500 | A | Int./Div. | M | T | | | | | |
| 190. LPL Defined Benefit Plan S&P 500 | C | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Unless otherwise indicated, all stock listings in Part VII are common stocks.

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 10/18/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dean R. Brett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544